1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   NATE STARR POWELL,            ) NO. SACV 05-00161-AHM (MAN)
                                    )
12              Petitioner,         )
                                    )
13        v.                        ) ORDER ADOPTING FINDINGS,
                                    )
14   ROSANNE CAMPBELL, Warden,      ) CONCLUSIONS AND RECOMMENDATIONS
                                    )
15              Respondent.         ) OF UNITED STATES MAGISTRATE JUDGE
     _____)

16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

19   for Writ of Habeas Corpus, all of the records herein, and the Report and

20   Recommendation of United States Magistrate Judge.  The time for filing

21   Objections has passed, and no Objections have been filed with the Court.

22   The Court accepts and adopts the Magistrate Judge's Report and

23   Recommendation, and the findings of fact, conclusions of law, and

24   recommendations therein.

25

26        IT IS ORDERED that:  (1) the Petition is denied; and (2) Judgment

27   shall be entered dismissing this action with prejudice.

28

1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2   the Judgment herein on Petitioner and counsel for Respondent.

3

4        LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6   DATED: November 12, 2008

7

8                                    _____

9                                           A. HOWARD MATZ
                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2