# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATE STARR POWELL, | ) NO. SACV 05-00161-AHM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ROSANNE CAMPBELL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 12, 2008.

**Make JS-6**

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE